No. 522. JAY BURNS BAKING COMPANY ET AL. *v.* SAMUEL R. MCKELVIE, AS GOVERNOR OF THE STATE OF NEBRASKA, ET AL. Error to the Supreme Court of the State of Nebraska. Submitted March 12, 1923. Order entered March 19, 1923. Motion to reinstate cause on the docket granted, but a rule is ordered to issue to show cause why the case should not be dismissed for lack of statutory authority to substitute the new governor for the ex-governor, in view of *Irwin* v. *Wright,* 258 U. S. 219, and *United States ex rel. Bernardin* v. *Butterworth,* 169 U. S. 600. *Mr. Matthew A. Hall* and *Mr. Carroll S. Montgomery* for plaintiffs in error. No appearance for defendants in error. [See *post,* 625.].

---

No. 313. J. M. MACDONALD COAL MINING COMPANY *v.* UNITED STATES. Appeal from the Court of Claims. Argued March 12, 1923. Decided March 19, 1923. *Per Curiam.* Affirmed upon the authority of *Morrisdale Coal Co.* v. *United States,* 259 U. S. 188. *Mr. William S. Hammers,* for appellant, submitted. *Mr. Assistant Attorney General Riter,* with whom *Mr. Solicitor General Beck* was on the brief, for the United States.